In the Matter of SIDNEY N. BARNETT, Appellant, against HAROLD
FIELDS et al., Constituting the Board of Examiners of the
Board of Education of the City of New York, Respondents.

Argued April 12, 1950; decided May 18, 1950.

*Copal Mintz* for appellant.

*John P. McGrath, Corporation Counsel* (*Sidney P. Nadel, Seymour B. Quel* and *Michael A. Castaldi* of counsel), for respondents.

*A. Mark Levien* for New York Teachers Guild, *amicus curiæ,* in support of appellant's position.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.